## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| HAROLD PITNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 1:09-CV-0525-BBM |
| ) | |
| WELLSTAR HEALTH SYSTEM, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant WELLSTAR HEALTH SYSTEM, INC., hereby states that it has no parent corporation and that no publically held corporation owns 10% or more of its stock.

Respectfully submitted this 31st day of March, 2009

                                                s/Charles L. Bachman, Jr.
                                                Charles L. Bachman, Jr.
                                                Georgia Bar No. 030545
                                                Robert L. Fortson
                                                Georgia Bar No. 142684

Turner, Bachman & Garrett, LLC
231 Crescent Circle
Marietta, GA 30064
(770) 427-1605
(678) 302-9673 (facsimile)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| HAROLD PITNER,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | CIVIL ACTION |
| v.         ) | NO. 1:09-CV-0525-BBM |
| ) | |
| WELLSTAR HEALTH SYSTEM, INC.,         ) | |
| ) | |
| Defendant.         ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2009, I electronically filed the foregoing DEFENDANT'S RULE 7.1 STATEMENT with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

    Karen J. Malachi        Peggy Golden

                      s/Charles L. Bachman, Jr.